# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| **KARLA DARLENE SNYDER,**<br>       **Plaintiffs,**<br><br>vs.<br><br>**THE ZEROLL COMPANY, a Florida corporation and THE PAMPERED CHEF, LTD, an Illinois corporation**<br><br>      **Defendants.** | **CASE NO.  4:23-cv-37** |

## NOTICE OF REMOVAL

Please take notice that Defendants The Zeroll Company, a Florida corporation ("Zeroll"), and The Pampered Chef, LTD., an Illinois corporation ("Pampered Chef"), hereby remove the above-captioned action ("Action") to this Court from the Iowa District Court for Boone County. As set forth below, Defendants The Zeroll Company and The Pampered Chef have complied with the statutory requirements for removal under 28 U.S.C. §§ 1441 and 1446, and this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(a).

## BACKGROUND

1.      On January 6, 2023, Plaintiff Karla Snyder, ("Snyder") filed a Petition at Law ("Petition") against Defendants in the Iowa District Court for Boone County. Plaintiff brings claims for personal injury resulting from an alleged malfunction of a kitchen appliance – namely a handheld ice cream scoop (the "Scoop"). Plaintiff's Petition includes claims against the Defendants ground in theories of: (i) products liability in the form of design and manufacturing defects, (ii) negligence in the form of failure to warn or instruct, (iii) breach of implied warranty, (iv) generalized negligence, and (v) negligent misrepresentation of material information. *See*

1

Petition at Counts I-V. Plaintiff seeks compensatory damages in the form of "past and future economic and non-economic damages." *See e.g.* Petition at Count I.

2. Service upon Defendants was perfected on January 11, 2023 (Zeroll) and January 12, 2023 (Pampered Chef), respectively. As a result, this removal petition is timely filed. *See* 28 U.S.C. § 1446(b) (requiring removal within 30 days of receipt of initial pleading).

3. Removal to the United States District Court for the Southern District of Iowa – Central Division – is proper because this District and Division includes Boone County, Iowa. 28 U.S.C. § 1441(a).

4. Defendants will file a copy of this Notice of Removal with the clerk of court for the Iowa District Court for Boone County, and will serve a copy thereof upon Plaintiff as required by 28 U.S.C. § 1446(d).

## **REMOVAL BASED ON TRADITIONAL DIVERSITY JURISDICTION**

5. Defendants basis for removal is diversity jurisdiction. Defendant Zeroll is a Florida corporation with its principal place of business located in Fort Lauderdale, Florida. (Petition, ¶ 6.) Defendant Pampered Chef is an Illinois corporation with its principal place of business located in Addison, Illinois. (*Id*., ¶ 7.) Plaintiff Karla Snyder is a natural person and a resident of the State of Iowa. (*Id*., ¶ 1.)

6. Thus, diversity of citizenship exists between Plaintiff Snyder a citizen of the State of Iowa, Defendant Zeroll, a citizen of the State of Florida, and Defendant Pampered Chef, a citizen of the State of Illinois.

7. The $75,000 amount-in-controversy, although not specifically pled in the Petition, is met though the following pled allegations. Plaintiff claims that on or about January 11, 2021, she was washing the Scoop when the Scoop suffered a "sudden and catastrophic failure" leading

to spontaneous and loud combustion inside a sink basin.  (*Id*., ¶¶ 28-30.) Plaintiff claims to have suffered injuries, including, but not limited to: (i) ringing in both ears, (ii) complete hearing loss in the right ear, and (iii) headaches - leading to incurred past and future medical expense, loss of quality of life, inconvenience, annoyance, frustration and embarrassment. (*Id*., ¶¶ 32-33.)  Upon information and belief, given the nature of the event and extent of damages claimed arising from Plaintiff's injuries, the pled facts suggest the requirements of 28 U.S.C. § 1332 are satisfied.  *Id*. Further, the Petition is notably void of requested relief under I.R.C.P. 1.281 (providing for expedited relief in actions seeking a money judgment in for all claims for total $75,000 ***or less*** against any one party).

## RESERVATION OF RIGHTS

8. Defendants file this Notice of Removal without waiving any defenses, objections, exceptions, or obligations that may exist in their favor in either state of federal court.

9. Further, in making the allegations in this Notice of Removal, Defendants do not concede in any way that the allegations in the Petition are accurate, that Plaintiffs have asserted claims upon which relief may be granted, or that recovery of any of the amounts sought is authorized or appropriate.

10. Defendants reserve the right to amend or supplement this Notice of Removal.  If any questions arise as to the proprietary of the removal of this action, Defendants expressly request the opportunity to present such further evidence as necessary to support their position that this action is removable.

11. For the reasons stated above, Defendants Zeroll and Pampered Chef remove this action, Law No: LACV 042393, currently pending in the Iowa District Court for Boone County,

to this Court.  Defendants respectfully request that this Court assume jurisdiction over this matter and grant Defendants such other relief as this Court deems just and proper.

**PEDDICORD WHARTON, LLP**

/s/ *Randy J. Wilharber*
_____
**Randy J. Wilharber         AT0008505**
randy@peddicord.law

/s/ *Tyler Smith*
_____
**Tyler Smith,                AT0013124**
tyler@peddicord.law
6800 Lake Drive, Ste. 125
West Des Moines, Iowa 50266
Telephone: 515-243-2100
Facsimile:  515-243-2132

*Counsel for Defendants*
THE ZEROLL COMPANY and THE PAMPERED CHEF, LTD.